1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

11

12

13

14

15

16

17

18

19

| FIRST MERCURY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ECLECTIC ENTERPRISE LLC, dba ANCHOR PUB, a Washington Limited Liability Company; CHRISTIAN LANCE SAYRE and JANE DOE SAYRE; CAMERON MCCAFFREE and JANE DOE MCCAFFREE; JEREMY KOHL and JANE DOE KOHL; and P.K.W.,<br><br>Defendants. | CASE NO. 2:22-cv-885 MJP<br><br>MINUTE ORDER |
| --- | --- |

20

21

22

23

24

The following minute order is made by the direction of the court, the Honorable Marsha

J. Pechman, United States Senior District Judge:

The parties have entered a stipulated agreement dismissing all claims under Fed. R. Civ.

P. 41(a)(1)(A)(ii). Pursuant to the parties' stipulation Defendants Eclectic Enterprise LLC, dba

MINUTE ORDER - 1

1   Anchor Pub, Christian Lance Sayre and Jane Doe Sayre and Cameron McCaffree and Jane Doe

2   McCaffree are dismissed with prejudice. Defendants Jeremy Kohl and Jane Doe Kohl and

3   P.K.W. are dismissed without prejudice and without fees or costs to any party. And finally, the

4   dismissal is effectuated without an award of fees or costs to any party.

5       The clerk is ordered to provide copies of this order to all counsel.

6       Filed June 15, 2023.

7
                                    Ravi Subramanian
8                                   Clerk of Court

9                                    s/Serge Bodnarchuk
                                    Deputy Clerk

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

MINUTE ORDER - 2